UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CIXTO CRUIZ MURILLO,           ) 1:12-cv—00656-SKO-HC
                               )
            Petitioner,        ) INFORMATIONAL ORDER REGARDING
                               ) ENTRY OF JUDGMENT AND TERMINATION
                               ) OF THE ACTION  (Docs. 18-19)
     v.                        )
                               )
JUDGE RONALD COULARD, et al., )
                               )
            Respondents.       )
                               )
_____ )
```

    Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 23, 2012, the Court dismissed the first amended petition and declined to issue a certificate of appealability.  On the same date, judgment was entered, and the judgment and order of dismissal were served on Petitioner by mail.

    On September 27, 2012, Petitioner filed what purported to be a second amended petition and a motion to proceed in forma pauperis.

///

1

Petitioner is INFORMED that the Court will not continue to process his filings in the action in this Court because judgment has been entered and the case terminated.

IT IS SO ORDERED.

**Dated:   October 1, 2012**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE