1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8           EASTERN DISTRICT OF CALIFORNIA
9

10
11
CIXTO CRUIZ MURILLO,              ) 1:12-cv—00656-SKO-HC
                                 )
12          Petitioner,          ) ORDER DENYING PETITIONER'S
                                 ) REQUEST FOR COPIES (Doc. 20)
13                               )
     v.                          ) INFORMATIONAL ORDER REGARDING
                                 ) ENTRY OF JUDGMENT AND TERMINATION
14  JUDGE RONALD COULARD, et al., ) OF THE ACTION  (Docs. 18-19)
                                 )
15          Respondents.         )
                                 )
16  _____  )

17
18      Petitioner is a state prisoner who proceeded pro se and in

19  forma pauperis with a petition for writ of habeas corpus pursuant

20  to 28 U.S.C. § 2254.  On July 23, 2012, the Court dismissed the

21  first amended petition and declined to issue a certificate of

22  appealability.  On the same date, judgment was entered, and the

23  judgment and order of dismissal were served on Petitioner by

24  mail.  On October 1, 2012, in response to what appeared to be

25  Petitioner's attempt to file an amended petition, this Court sent

26  Petitioner an informational order explaining that the case had

27  been terminated and that the Court would not continue to process

28  Petitioner's filings.

                              1

On December 27, 2012, Petitioner filed what purported to be a request for copies of all Petitioner's prior transactions with this Court, despite this Court's having previously stated that Petitioner's filings would not be processed.

Petitioner's request for copies is DENIED.  This Court does not provide free copies of documents, and in forma pauperis status does not include the cost of copies.

Petitioner is further INFORMED that the Court will not continue to process his filings in the action in this Court because judgment has been entered and the case terminated.

IT IS SO ORDERED.

**Dated:    January 4, 2013**                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE